UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEGAN SCARLETT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>"JOHN DOE" (EMPLOYEE NO. 1), and "JANE DOE," employed by SWISSPORT CARGO SERVICES, L.P., a foreign limited partnership, doing business in Washington State; SWISSPORT FUELING, INC., and/or SWISSPORT U.S.A., INC., and "DOE" CORPORATION NO. 1,<br><br>Defendants. | NO: 2:19-cv-01418<br><br>STIPULATION AND ORDER AMENDING COMPLAINT<br><br>**NOTED FOR HEARING:**<br>**WEDNESDAY, OCT. 30, 2019** |

COME NOW, the parties, by and through their respective counsel of record, plaintiff Megan Scarlett, represented by Paul A. Lindenmuth of the Law Offices of Ben F. Barcus & Associates, PLLC, and defendant Swissport Cargo Services, L.P., represented by Maria E. Sotirhos and Jeff M. Sbaih of Wilson Smith Cochran Dickerson; and the parties having stipulated to the filing of Plaintiff's First Amended Complaint, a copy of which is attached herein as Exhibit "1" and incorporated herein by this reference; and the Court having reviewed this

**STIPULATION AND ORDER AMENDING COMPLAINT - 1**

LAW OFFICES OF
BEN F. BARCUS & ASSOCIATES,
PLLC
4303 RUSTON WAY
TACOMA, WA 98402
(253) 752-4444

1  stipulation of the parties, having reviewed the files and records herein, and being otherwise fully
2  advised in the premises, it is now, hereby
3  ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Amend Complaint
4  and the filing of Plaintiff's First Amended Complaint shall be and is hereby granted.
5  DONE IN OPEN COURT this 31st day of ~~September~~ October, 2019.

United States District Court Judge
United States District Court for the
Western District of ~~Tacoma~~ Washington

PRESENTED BY:

LAW OFFICES OF BEN F. BARCUS
& ASSOCIATES, PLLC

s/Paul A. Lindenmuth
Paul A. Lindenmuth, WSBA #15817
Of Attorneys for Plaintiff Scarlett

Approved as to form and content:

WILSON SMITH COCHRAN DICKERSON

Maria E. Sotirhos, WSBA #21726
Attorneys for Defendant Swissport Cargo Services, LP

Jeff M. Sbaih, WSBA #51551
Attorneys for Defendant Swissport Cargo Services, LP

**STIPULATION AND ORDER AMENDING COMPLAINT - 2**