|    |    |
|----|----|
| MEGAN SCARLETT, | CASE NO. C19-1418JLR |
| Plaintiff, | ORDER STRIKING DISCOVERY MOTION |
| v. | |
| JOHN DOE, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Before the court is Defendants Swissport Cargo Services, L.P., Swissport Fueling, Inc., and Swissport U.S.A. Inc.'s (collectively "Swissport") motion to compel an in-person deposition of Plaintiff Megan Scarlett. (*See* Mot. (Dkt. # 21).) Swissport filed its motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's scheduling order. (*See* Sched. Order (Dkt. # 14) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ."

ORDER - 1

1  (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the

2  court, in its scheduling order, to "direct that before moving for an order relating to

3  discovery, the movant must request a conference with the court"). The court therefore

4  STRIKES Swissport's motion (Dkt. # 21) without prejudice to renewing the motion in a

5  manner that comports with the court's scheduling order.

      Dated this 20th day of July, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2