JUDGE JAMES L. ROBART
Trial Date: February 16, 2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEGAN SCARLETT, individually,<br><br>                                Plaintiff,<br><br>vs.<br><br>"JOHN DOE" (EMPLOYEE NO. 1), and "JANE DOE," employed by SWISSPORT CARGO SERVICES, L.P.; and SWISSPORT CARGO SERVICES, L.P., a foreign limited partnership, doing business in Washington State, SWISSPORT FUELING, INC., and/or SWISSPORT U.S.A., INC., and "DOE" CORPORATION NO. 1,<br><br>                                Defendants. | No. 2:19-cv-1418-JLR<br><br>ORDER REGARDING DEFENDANTS' MOTION FOR RULE 35 EXAMINATION |

This matter came before the Court on Defendants' motion to compel the Rule 35 examination of Plaintiff. The Court held a hearing on August 6, 2020 regarding the motion. Jeff Sbaih appeared for the Defendants and Paul Lindenmuth appeared for the Plaintiff.

(Cause No. 2:19-cv-1418-JLR) – 1
js/JS6639.008/3606487x3406088



901 Fifth Avenue, Suite 1700
Seattle, Washington  98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

Based on the submissions and arguments of the parties, IT IS HEREBY ORDERED:

1. Defendants' motion to compel the Rule 35 exam of Plaintiff is GRANTED. The court finds that Plaintiff's physical condition is in controversy, that Dr. Alan Brown is suitably licensed or certified, and that Defendants has shown good cause to conduct the examination.

2. Plaintiff is ordered to appear for the exam with Alan Brown, M.D. on August 13, 2020, beginning at 1 p.m. at 7808 Pacific Ave #6 Tacoma 98408. Accompanying Dr. Brown for the exam may be assistant Susan Sauls. No one else may attend the exam.

3. The exam will be conducted subject to these terms:

    a. No liability questions will be asked during the exam;

    b. Any paperwork to be completed by Plaintiff will be provided to Plaintiff's counsel one day before the exam;

    c. Defense counsel may not attend the exam;

    d. No x-rays or other radiographs may be obtained during the exam;

    e. No physically painful or intrusive procedures should be utilized; and

    f. Dr. Brown shall comply with Centers for Disease Control ("CDC") precautions to prevent the transmission of coronavirus 19 ("COVID-19") during the exam.

4. Plaintiff's request to videotape the exam is DENIED.

5. To the extent the deadline for expert disclosures on August 20, 2020 is unworkable, the parties are encouraged to meet and confer and to submit a stipulation for a modest extension of that deadline for the Court's consideration.

(Cause No. 2:19-cv-1418-JLR) – 2
js/JS6639.008/3606487x3406088

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 13th day of August, 2020.

JUDGE JAMES L. ROBART

Submitted by:

*s/ Jeff M. Sbaih*                                    
Maria E. Sotirhos, WSBA No. 21726
Jeff M. Sbaih, WSBA No. 51551
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164
Phone: (206) 623-4100 / Fax: (206) 623-9273
Email:  mailto:sotirhos@wscd.com; sbaih@wscd.com
*Attorneys for Defendants*


*s/ Paul A. Lindenmuth*                       
Paul Alexander Lindenmuth, WSBA No. 15817
BEN F. BARCUS & ASSOCIATES PLLC
4303 Ruston Way
Tacoma, WA 98402-5313
Phone: 253-752-4444
Fax: 253-752-1035
Email: Paul@benbarcus.com
*Attorneys for Plaintiff*

(Cause No. 2:19-cv-1418-JLR) – 3
js/JS6639.008/3606487x3406088



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that on the below date I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notice of the electronic filing to the following counsel of record:

**Attorney for Plaintiff:**
Paul Alexander Lindenmuth, WSBA No. 15817
BEN F. BARCUS & ASSOCIATES PLLC
4303 Ruston Way
Tacoma, WA 98402-5313
Phone: 253-752-4444
Fax: 253-752-1035
(  )  Via U.S. Mail
(  )  Via Email
(  )  Via Legal Messenger
(**X**)  Via CM/ECF

**SIGNED** this 12th day of August, 2020, at Seattle, Washington.

*s/Mark Gockley*
Mark Gockley
Legal Assistant

(Cause No. 2:19-cv-1418-JLR) – 4
js/JS6639.008/3606487x3406088



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273