JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MEGAN SCARLETT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>"JOHN DOE" (EMPLOYEE NO. 1), and "JANE DOE," employed by SWISSPORT CARGO SERVICES, LP, a foreign limited partnership, doing business in Washington State, aka SWISSPORT FUELING, INC., and/or SWISSPORT U.S.A., INC., and "DOE" CORPORATION NO. 1,<br><br>Defendants. | No. 2:19-cv-1418-JLR<br><br>STIPULATED MOTION FOR BRIEF TWO-DAY EXTENSION TO FILE MOTIONS IN LIMINE<br><br>**NOTED FOR CONSIDERATION:**<br>**January 5, 2021** |

The parties jointly move for an Order briefly extending the deadline to file motions in limine by two days, from January 5, 2021 to January 7, 2021. The parties have been working diligently to reach stipulations about disputed evidentiary issues and have made significant progress. The parties believe an extra two days would help alleviate the need for several motions in limine. Therefore, the parties believe there is good cause of this brief extension. The parties agree to note and brief the motions in accordance with the normal deadlines in spite of the two-day extension.

STIPULATED MOTION FOR BRIEF TWO-
DAY EXTENSION TO FILE MOTIONS IN
LIMINE
(Cause No. 2:19-cv-1418-JLR) – 1
js/JS6639.008/3765758X



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: January 5, 2021.

*s/ Jeff M. Sbaih*
Jeff M. Sbaih, WSBA No. 51551
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: (206) 623-4100 / Fax: (206) 623-9273
Email: sbaih@wscd.com
*Attorneys for Defendants*

*s/ Paul A. Lindenmuth*
Paul Alexander Lindenmuth, WSBA No. 15817
BEN F. BARCUS & ASSOCIATES PLLC
4303 Ruston Way
Tacoma, WA 98402-5313
Phone: 253-752-4444
Fax: 253-752-1035
Email: Paul@benbarcus.com
*Attorneys for Plaintiff*

## ORDER

The stipulated motion of the parties is GRANTED. The parties shall file their motions in limine by January 7, 2021. The motions shall be briefed and noted subject to the original deadlines associated with the January 5, 2021 deadline to file motions in limine.

DATED this 6th day of January, 2021.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR BRIEF TWO-DAY EXTENSION TO FILE MOTIONS IN LIMINE
(Cause No. 2:19-cv-1418-JLR) – 2
js/JS6639.008/3765758X

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273