UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN SCARLETT,<br><br>                Plaintiff,<br>    v.<br><br>SWISSPORT CARGO SERVICES LP, et al.<br><br>                Defendants. | CASE NO. C19-1418JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties are advised that neither General Order 15-20 nor General Order 18-20 require the consent of the parties for a remote video trial. Nevertheless, the court GRANTS the parties' motion for a brief trial continuance (Dkt. # 53) and ORDERS that trial shall be rescheduled for April 26, 2021.

MINUTE ORDER - 1

1   The Clerk is DIRECTED to enter a new scheduling order that will lay out pretrial

2   deadlines in accordance with the new trial date.  The Clerk is also DIRECTED to renote

3   the pending motions in limine (Dkt. ## 47, 48, 50, 54) for March 15, 2021.

4   Filed and entered this 14th day of January, 2021.

WILLIAM M. MCCOOL
Clerk of Court

 s/ Ashleigh Drecktrah          
Deputy Clerk

MINUTE ORDER - 2